1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMIE WEST,                              No.  2:17-cv-02269 MCE AC PS

12              Plaintiff,

13        v.                                  ORDER

14   GMC & BUICK OF VACAVILLE,

15              Defendant.

16

17        Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

20   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

21   certified copy of his inmate trust account statement for the six month period immediately

22   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

23   opportunity to submit a completed in forma pauperis application and a certified copy in support of

24   his application.

25        In accordance with the above, IT IS HEREBY ORDERED that:

26        1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

27   affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

28   of Court;

1    2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2   Forma Pauperis By a Prisoner; and

3    3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

4   his inmate trust account statement for the six month period immediately preceding the filing of

5   the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that

6   this action be dismissed without prejudice.

7    IT IS SO ORDERED.

8   DATED: January 17, 2018

9   _____

ALLISON CLAIRE
10  UNITED STATES MAGISTRATE JUDGE